UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
April 18, 2017
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) </br> ) </br> Plaintiff, ) </br> v. ) </br> ) </br> JORGE BERNAL FARIAS, ) </br> ) </br> Defendant. ) | Case No. 2:16-CR-00110-TLN-5 </br></br> ORDER FOR RELEASE OF </br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  JORGE BERNAL FARIAS , Case No.  2:16-CR-00110-TLN-5 , Charge  21USC § 841(a)(1) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___    Release on Personal Recognizance

    ___    Bail Posted in the Sum of $___

    ✔    Unsecured Appearance Bond $50,000.00

    ___    Appearance Bond with 10% Deposit

    ___    Appearance Bond with Surety

    ___    Corporate Surety Bail Bond

    ✔    (Other)    Pretrial conditions as stated on the record.

**The defendant shall be released on 4/19/2017 at 9:00 am. to the Pretrial Services Officer.**

Issued at  Sacramento, CA  on  April 18, 2017  at  2:10 pm  .

                                              By  /s/ Allison Claire/s/ Allison Claire
                                                       Allison Claire
                                                       United States Magistrate Judge

Copy 2 - Court