The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 673
Sacramento, California 95814
(916) 447-1192 office
1-412-774-3537 fax
ohedberg@yahoo.com

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA

| | |
|---|---|
| THE UNITED STAES OF AMERICA<br><br>V.<br><br>JORGE BERNAL-FARIAS | Case Number: 16-CR-110 TLN<br><br>**STIPULATION AND ORDER RE SPECIAL CONDITIONS OF PRETRIAL RELEASE** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Assistant United States Attorney Justin Lee, attorney for Plaintiff, Olaf Hedberg, attorney for Jorge Bernal-Farias, and Renee Basurto Deputy Pretrial Release Officer that the Court's previously issued Pretrial Release Order be altered to add Condition of Release 14.

Specifically, the parties have agreed that the Special Conditions of Release ordered by Hon. Allison Claire on 4/18/17, PACER # 83, be modified by the addition of Special Condition #14 to read as follows:

1

"14. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control."

Respectfully submitted,
Dated May 2, 2017
by /s/ Olaf W. Hedberg
Olaf W. Hedberg, Esq.
Attorney for Jorge Bernal-Farias

Dated: May 2, 2017
Philip Talbert
United States Attorney
/s/ Olaf Hedberg for Justin Lee
Justin Lee
Assistant United States Attorney

# ORDER

Defendant Jorge Bernal-Farias' Special Conditions of Release in case 15-CR-110 TLN, issued by Hon. Allison Claire on 4/18/17, PACER # 83, be altered so that an additional Special Condition of Release be added as Special Condition #14 to read as follows:

"14. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control."

**IT IS SO ORDERED**

Dated: May 3, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE