The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 673
Sacramento, California 95814
(916) 447-1192 office
1-412-774-3537 fax
ohedberg@yahoo.com

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA

| | |
|---|---|
| THE UNITED STAES OF AMERICA<br><br>V.<br><br><br>JORGE BERNAL-FARIAS | Case Number:  16--CR-110 TLN<br><br>**STIPULATION AND ORDER RE CODITIONS OF PRETRIAL RELEASE** |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, , Assistant United States Attorney Justin Lee, attorney for Plaintiff, Olaf Hedberg, attorney for  Jorge Bernal-Farias, and Renee Basurto Deputy Pretrial Release Officer that the Court's previously issued Pretrial Release Order be altered as to  Condition of Release 1.

    Specifically, the parties have agreed that Mr. Bernal-Farias' current curfew deadline of 6 pm (Special Condition of Release 13, ordered by Hon. Allison Claire on 4/18/16, PACER # 83) be extended to 10 P.M. on July 22, 2017 so that Mr. Bernal-Farias  may attend a family gathering at the home of his Aunt. Ms. Basurto has indicated that a onetime extension of the curfew to 10

pm on July 22, 2017 is appropriate. Further, she has related that defendant Bernal-Farias has complied with the conditions of his release to date.

          Respectfully submitted,
Dated July 20, 2017
by /s/ Olaf W. Hedberg
Olaf W. Hedberg, Esq.
Attorney for Jorge Bernal-Farias

Dated: July 20, 2017
Philip Talbert
United States Attorney
/s/ Olaf Hedberg for Justin Lee
Justin Lee
Assistant United States Attorney

**ORDER**

Defendant Jorge Bernal-Farias' Special Condition of Release number 13 in case 16-CR-110, issued by the Hon. Allison Claire on 4/18/17 (PACER # 83) be altered so that the phrase "6 pm" is deleted and the phrase "10 pm on July 22, 2017only, and to revert back to 6 pm immediately thereafter" is substituted in its place .

**IT IS SO ORDERED**

Dated:  July 24, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE