The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 301
Sacramento, California 95814
(916) 447-1192 office
ohedberg@yahoo.com

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA

| | |
|---|---|
| THE UNITED STAES OF AMERICA<br><br>V.<br><br>JORGE BERNAL-FARIAS | Case Number: 16-CR-110 TLN<br><br>**STIPULATION AND [PROPOSED ORDER] RE SPECIAL CODITIONS OF PRETRIAL RELEASE** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, , Assistant United States Attorney Justin Lee, attorney for Plaintiff, Olaf Hedberg, attorney for  Jorge Bernal-Farias, and Renee Basurto Deputy Pretrial Release Officer that the Court's previously issued Pretrial Release Order be altered to delete Conditions of Release 12 & 13.

Specifically, the parties have agreed that the Special Conditions of Release ordered by Hon. Allison Claire on 4/18/17, PACER # 83, modified on May 3, 2017 by the Hon. Kendall J. Newman, by the addition of Special Condition #14, PACER #98 be modified by the deletion of Condition #12, (a requirement that Mr. Bernal-Farias participate in a location monitoring program) and Condition #13 (a curfew).

The new Special Conditions of Release will therefore be as follows:

1

1. You must report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You are released to the third-party custody of your mother, Edelmira Farias;

3. You must reside with your custodian and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

3. You must cooperate in the collection of a DNA sample;

4. You must restrict your travel to Eastern District of California unless otherwise approved in advance by the pretrial services officer;

5. You must surrender your passport to the Clerk, U. S. District Court or file a Declaration of Lost Passport with the U.S. District Court, and obtain no passport during the pendency of this case;

6. You must seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;

7. You must refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

8. You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;

9. You must not associate or have any contact with co-defendants unless in the presence of counsel or otherwise approved in advance by the pretrial services officer; and,

10. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control.

Respectfully submitted,


Dated May 4, 2018
by /s/ Olaf W. Hedberg
Olaf W. Hedberg, Esq.
Attorney for Jorge Bernal-Farias


Dated: May 4, 2018
MacGregor Scott
United States Attorney
/s/ Olaf Hedberg for Justin Lee
Justin Lee
Assistant United States Attorney

**ORDER**

Defendant Jorge Bernal-Farias' Special Conditions of Release in case 15-CR-110 TLN, issued by Hon. Allison Claire on 4/18/17, PACER # 83, modified on May 3, 2017 by the Hon. Kendall J. Newman, be modified to delete conditions 12 & 13 to read as follows:

## **SECOND AMENDED SPECIAL CONDITIONS OF RELEASE**

                                                      Re: Jorge Bernal-Farias
                                                     No. 2:16-CR-00110-TLN

1. You must report to and comply with the rules and regulations of the Pretrial Services Agency;
2. You are released to the third-party custody of your mother, Edelmira Farias;
3. You must reside with your custodian and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;
3. You must cooperate in the collection of a DNA sample;
4. You must restrict your travel to Eastern District of California unless otherwise approved in advance by the pretrial services officer;
5. You must surrender your passport to the Clerk, U. S. District Court or file a Declaration of Lost Passport with the U.S. District Court, and obtain no passport during the pendency of this case;
6. You must seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;
7. You must refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;
8. You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;

9. You must not associate or have any contact with co-defendants unless in the presence of counsel or otherwise approved in advance by the pretrial services officer; and,

10. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control.

**IT IS SO ORDERED**

Dated: May 7, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE