The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 301
Sacramento, California 95814
(916) 447-1192 office
ohedberg@yahoo.com

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STAES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JORGE BENAL FARIAS,<br><br>Defendant. | Case Number:  2:16-cr-110 TLN<br><br>**STIPULATION AND ORDER SETTING BRIEFING SCHEDULE** |

    Plaintiff United States of America, by and through its counsel of record, and the Defendant, by and through counsel of record, hereby stipulate to establish a Briefing Schedule for Defendant's Motion for Compassionate Release.

The parties therefore stipulate as follows:

Cesar Figueroa's opening brief filed      April 5, 2021

Opposition by the Government filed by      April 19th, 2021

Reply by Cesar Figueroa      April 26, 2021

IT IS SO STIPULATED

Dated: April 5, 2021

Respectfully submitted

/s/ Olaf W. Hedberg                                         /s/  Justin Lee
Olaf W. Hedberg                                             Justin Lee
Attorney for Jorge Bernal Farias                            Assistant United States Attorney

**ORDER**

The Briefing Schedule and hearing date listed above is hereby adopted.

IT IS SO ORDERED.

Dated: April 5, 2021

Troy L. Nunley
United States District Judge